BROWN RUDNICK LLP
LEO J. PRESIADO, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

BROWN RUDNICK LLP
WAYNE F. DENNISON (*pro hac vice*)
wdennison@brownrudnick.com
JESSICA T. LU (*pro hac vice*)
jlu@brownrudnick.com
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438

Attorneys for Plaintiff,
NuGEN Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> vs. <br><br> KEYGENE N.V. and KEYGENE, INC., <br><br> Defendants. | CASE NO.: 3:18-CV-00525-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC SERVICE OF PROCESS ON DEFENDANT KEYGENE N.V.** |

| | |
|---|---|
| 1 | Pursuant to Local Rule 7-12, Plaintiff NuGEN Technologies, Inc. |
| 2 | ("NuGEN") and Defendant KeyGene N.V. ("KeyGene"), through their counsel, |
| 3 | submit the following Joint Stipulation and [Proposed] Order Permitting Service by |
| 4 | Electronic Mail: |
| 5 | WHEREAS, NuGEN commenced the above-captioned action on January 24, |
| 6 | 2018 [ECF No. 1]; |
| 7 | WHEREAS, KeyGene is a Netherlands company with a principal place of |
| 8 | business at Agro Business Park 90, 6708 PW 15 Wageningen, The Netherlands |
| 9 | [ECF No. 24, at 1]; |
| 10 | WHEREAS, on March 7, 2018, NuGEN filed an Ex Parte *Application for* |
| 11 | *Leave to Effect Electronic Service on Defendant Resident Outside the United States* |
| 12 | [ECF No. 22]; |
| 13 | WHEREAS, on March 17, 2018, KeyGene filed a *Statement of Partial* |
| 14 | *Opposition to NuGEN Technologies, Inc.'s* Ex Parte *Application for Leave to Effect* |
| 15 | *Electronic Service* [ECF No. 24]; |
| 16 | NOW, THEREFORE, in consideration of the foregoing and in the interest of |
| 17 | judicial economy, NuGEN and KeyGene stipulate, subject to the approval of the |
| 18 | Court that solely for this action, Plaintiff NuGEN Technologies, Inc. ("NuGEN") |
| 19 | may effect service of process on Defendant KeyGene N.V. ("KeyGene") by serving |
| 20 | a copy of the Complaint and Summons in this action via electronic mail directed to |
| 21 | KeyGene's Chief Executive Officer, Arjen van Tunen, at the e-mail address |
| 22 | arjen.van-tunen@keygene.com.  After this stipulation is entered by the Court, |
| 23 | Keygene N.V.'s time to answer, move, or otherwise respond to the Complaint in |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

this action shall be 21 days from the date such service of process is effectuated.

**IT IS SO STIPULATED.**

Dated:  March 26, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

By:  /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

BROWN RUDNICK LLP
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

Wayne F. Dennison (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone:  (617) 856.8200
Facsimile:   (617) 289.0438
wdennison@brownrudnick.com
jlu@brownrudnick.com

*Attorneys for Plaintiff*
*NuGEN Technologies, Inc.*


**FOLEY & LARDNER LLP**

By:  */s/ Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109

kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 474.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Larder LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile:  213.486.0065
E-mail: efreel@foley.com

*Attorneys for Defendant Keygene N.V.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Leo J. Presiado, attest that concurrence in filing this document has been obtained from the other signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 26, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE