BROWN RUDNICK LLP
LEO J. PRESIADO, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
WAYNE F. DENNISON (*pro hac vice*)
wdennison@brownrudnick.com
JESSICA T. LU (*pro hac vice*)
jlu@brownrudnick.com
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438

Attorneys for Plaintiff,
NuGEN Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> vs. <br><br> KEYGENE N.V. and KEYGENE, INC., <br><br> Defendants. | CASE NO.: 3:18-CV-00525-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [D.I. 25]** |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff NuGEN Technologies, Inc. ("NuGEN") and Defendant Keygene, Inc. ("Keygene"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Enlarging Time to Respond to Defendant's Motion to Dismiss [D.I. 25].

WHEREAS, Keygene filed a motion to dismiss for lack of standing on March 19, 2018 [D.I. 25] (the "Motion");

WHEREAS, NuGEN's response to the Motion is due on April 2, 2018 [D.I. 25];

WHEREAS, a one-week enlargement of NuGEN's time to respond to the Motion to April 9, 2018 will not impact any hearing or proceeding on the Court's calendar;

NOW, THEREFORE, in consideration of the foregoing, NuGEN and KeyGene stipulate, subject to the approval of the Court, that NuGEN's time to respond to Keygene's Motion is enlarged to and including April 9, 2018.

**IT IS SO STIPULATED.**

Dated: March 30, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

BROWN RUDNICK LLP
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Wayne F. Dennison (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856.8200
Facsimile: (617) 289.0438
wdennison@brownrudnick.com
jlu@brownrudnick.com

2
202 v2

*Attorneys for Plaintiff*
*NuGEN Technologies, Inc.*

**FOLEY & LARDNER LLP**

By: \_/s/ *Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109

kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 474.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Larder LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: efreel@foley.com

*Attorneys for Defendant Keygene N.V.*

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Jessica T. Lu, attest that concurrence in filing this document has been obtained from the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 3, 2018  _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE