```
1   BROWN RUDNICK LLP
    LEO J. PRESIADO, #166721
2   lpresiado@brownrudnick.com
    2211 Michelson Drive
3   Seventh Floor
    Irvine, CA 92612
4   Telephone: (949) 752-7100
    Facsimile:  (949) 252-1514
5
    BROWN RUDNICK LLP
6   WAYNE F. DENNISON (*pro hac vice*)
    wdennison@brownrudnick.com
7   JESSICA T. LU (*pro hac vice*)
    jlu@brownrudnick.com
8   One Financial Center
    Boston, MA 02111
9   Telephone: (617) 856-8200
    Facsimile: (617) 289-0438
10
    Attorneys for Plaintiff,
11  NuGEN Technologies, Inc.
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> vs. <br><br> KEYGENE N.V. and KEYGENE, INC., <br><br> Defendants. | CASE NO.: 3:18-CV-00525-JST <br><br> **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING DEFENDANT KEYGENE, INC.** |

4824-5161-0209.1

Pursuant to Local Rule 7-12, Plaintiff NuGEN Technologies, Inc. ("NuGEN") and Defendants Keygene N.V. and Keygene, Inc. (collectively "Defendants"), through their counsel, submit the following Joint Stipulation and [Proposed] Order of Dismissal of Defendant Keygene, Inc.:

WHEREAS, NuGEN commenced the above-captioned action, *NuGEN Technologies, Inc. v. Keygene N.V. and Keygene, Inc.*, Case No. 3:18-cv-00525-JST (the "Action"), seeking declaratory judgment of non-infringement and invalidity of U.S. Patent Nos. 9,702,004 (the "'004 patent") and 9,745,627 (the "'627 patent"), against Defendants, on January 24, 2018 [ECF No. 1];

WHEREAS, on March 19, 2018, Keygene, Inc. filed a motion to dismiss the Action as to Keygene, Inc. pursuant to Fed. R. Civ. P. 12(b)(1) asserting that Keygene is "neither an owner nor exclusive licensee of the patents-in-suit" [ECF No. 25];

NOW, THEREFORE, in consideration of the foregoing and in the interest of judicial economy, NuGEN and Defendants (the "Parties") hereby stipulate, subject to the approval of the Court, to the following:

1. The Parties agree and stipulate that Keygene, Inc. is hereby dismissed as a defendant in the Action.

2. Keygene, Inc. represents that it is neither an owner nor exclusive licensee of either the '004 patent or the '627 patent and therefore is not asserting any rights under those patents with respect to NuGEN.

3. The Parties further agree and stipulate that Keygene, Inc. does not have standing to assert either the '004 patent or the '627 patent.

/ / /
/ / /
/ / /
/ / /
/ / /

4824-5161-0209.1

1     4.     The Parties shall each bear their own attorneys' fees and costs with respect to Keygene, Inc.'s motion to dismiss and this stipulation.

**IT IS SO STIPULATED.**

Dated: April 9, 2018             Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

BROWN RUDNICK LLP
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Wayne F. Dennison (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856.8200
Facsimile: (617) 289.0438
wdennison@brownrudnick.com
jlu@brownrudnick.com

*Attorneys for Plaintiff*
*NuGEN Technologies, Inc.*

**FOLEY & LARDNER LLP**

By: /s/ *Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109

kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 474.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Larder LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: efreel@foley.com

*Attorneys for Defendants*

3

4824-5161-0209.1

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | Pursuant to Local Rule 5-1(i)(3), I, Leo J. Presiado, attest that concurrence in |
| 3 | filing this document has been obtained from the other signatories. |
| 4 | |
| 5 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 6 | |
| 7 | Date: April 10, 2018    _____ |
| 8 | HONORABLE JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |

4824-5161-0209.1