Kimberly K. Dodd, CA Bar No. 235109
kdodd@foley.com
**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE: 414.271.2400
FACSIMILE: 414.297.4900

Eva K. Freel, CA Bar No. 318287
efreel@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, STE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant KEYGENE N.V.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., | Case No. 3:18-CV-00525-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME** |
| vs. | |
| KEYGENE N.V., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff NuGEN Technologies, Inc. ("NuGEN") and Defendant Keygene N.V. ("Keygene") stipulate as recited below and jointly request that the Court modify certain deadlines in the current case schedule and the briefing deadlines associated with NuGEN's Motion to Dismiss (ECF No. 54).

1. On May 9, 2018, the parties appeared before the Court at the Case Management Conference. Declaration of Bradley D. Roush ("Roush Decl."), ¶ 2.

2. The same day, the Court issued the Scheduling Order for this case (ECF No. 53), which adopted the patent disclosure deadlines proposed by the parties in the Joint Case Management Statement, and set the Claim Construction Tutorial for February 26, 2019 and the Claim Construction Hearing for March 12, 2019. Roush Decl., ¶ 3.

3. In consideration of holidays in the United States, Memorial Day (May 28, 2018), and the Netherlands, Pentecost Day (May 21, 2018), as well as other obligations of Keygene's counsel, NuGEN has agreed to extend by fourteen (14) days:

    a. from May 23, 2018 to June 6, 2018, the deadline for Keygene to serve its Patent L.R. 3-1 and 3-2 disclosure of asserted claims, infringement contentions, and accompanying documents; and

    b. from May 29, 2018, to June 12, 2018, the deadline for Keygene to respond to NuGEN's Motion to Dismiss (ECF No. 54).

Roush Decl., ¶¶ 4-5.

4. In exchange, Keygene has agreed to extend by fourteen (14) days: from June 5, 2018 to June 19, 2018, the deadline for NuGEN to file its reply in support of its Motion to Dismiss (ECF No. 54). Roush Decl. ¶ 6.

5. The previous time modifications in this case are as follows:

    a. on February 15, 2018, the parties stipulated to extend the time for Keygene, Inc.[1] to respond to the complaint from February 16, 2018 to March 19, 2018. ECF No. 18.

    b. on April 3, 2018, the Court granted the parties' joint stipulation to extend the time for NuGEN to respond to Keygene, Inc.'s Motion to Dismiss (ECF No. 25). ECF No. 32.

---

[1] Keygene, Inc. has since been dismissed from the case. ECF No. 40.

    c. on April 17, 2018, the parties stipulated to extend the time for Keygene to respond to the complaint from April 17, 2018 to April 24, 2018, and to extend the time for the parties to exchange initial disclosures from April 20, 2018 to April 27, 2018. ECF No. 43.

Roush Decl. ¶ 7.

  6. No other deadlines will be affected by these stipulated time modifications.

  NOW THEREFORE, the parties hereby stipulate and respectfully request that, for the reasons described above, the deadlines in this case be modified as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (Patent LR 3-1 and 3-2) | May 23, 2018 | June 6, 2018 |
| Keygene's Response to NuGEN's Motion to Dismiss (ECF No. 54) | May 29, 2018 | June 12, 2018 |
| NuGEN's Reply in Support of Motion to Dismiss (ECF No. 54) | June 5, 2018 | June 19, 2018 |

DATED: May 23, 2018       Respectfully submitted,

By: /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

**Brown Rudnick LLP**
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: 949.752.7100
Facsimile: 949.252.1514

Wayne F. Dennison (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200

**FOLEY & LARDNER LLP**

By: /s/ *Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109
kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 414.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Lardner LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: efreel@foley.com

| | |
|---|---|
| Facsimile: 617.289.0438<br>wdennison@brownrudnick.com<br>rlecaroz@brownrudnick.com<br>jlu@brownrudnick.com<br><br>***Attorneys for Plaintiff NuGEN Technologies, Inc.*** | Liane M. Peterson (*pro hac vice*)<br>lpeterson@foley.com<br>Bradley D. Roush, Esq. (*pro hac vice*)<br>broush@foley.com<br>**FOLEY & LARDNER LLP**<br>3000 K Street, NW<br>Washington, DC 20007<br>Telephone: 202.672.5300<br>Facsimile: 202672.5399<br><br>***Attorneys for Defendant Keygene N.V.*** |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Kimberly K. Dodd, attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Extending Time has been obtained from the counsel for Plaintiff NuGEN Technologies, Inc. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2018.

/s/ *Kimberly K. Dodd*
Kimberly K. Dodd

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 23, 2018

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE