BROWN RUDNICK LLP
LEO J. PRESIADO, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
WAYNE F. DENNISON (*pro hac vice*)
wdennison@brownrudnick.com
REBECCA M. LECAROZ (*pro hac vice*)
rlecaroz@brownrudnick.com
JESSICA T. LU (*pro hac vice*)
jlu@brownrudnick.com
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438

Attorneys for Plaintiff,
NuGEN Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> vs. <br><br> KEYGENE N.V, <br><br> Defendant. | CASE NO.: 3:18-CV-00525-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING THE HEARING DATE FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT'S MOTION TO DISMISS [ECF NO. 54]** |

Joint Stipulation and [Proposed] Order Setting the Hearing Date
for Plaintiff/Counterclaim-Defendant's Motion to Dismiss
Case No. 3:18-CV-00525-JST

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff NuGEN Technologies, Inc. ("NuGEN") and Defendant Keygene N.V. ("Keygene"), through their counsel, submit the following Joint Stipulation and [Proposed] Order Setting the Hearing Date for NuGEN's Motion to Dismiss Keygene's Counterclaim (ECF No. 54).

WHEREAS, NuGEN filed a Motion to Dismiss Keygene's Counterclaim on May 15, 2018 (ECF No. 54), which noticed a hearing date of June 28, 2018;

WHEREAS, Keygene's opposition to the Motion to Dismiss is now due on June 12, 2018 (ECF No. 57);

WHEREAS, NuGEN's reply in support of its Motion to Dismiss is now due on June 19, 2018 (ECF No. 57);

WHEREAS, this Court continued the hearing date on NuGEN's Motion to Dismiss from June 28, 2018 to July 5, 2018 (ECF No. 56);

WHEREAS, a further one-week continuance of the hearing date from July 5, 2018 to July 12, 2018 is warranted in light of undersigned counsel's schedules; and

WHEREAS, a one-week continuance of the hearing date will not impact any hearing or proceeding on the Court's calendar or have any effect on the schedule for this case;

NOW, THEREFORE, in consideration of the foregoing, NuGEN and Keygene stipulate, subject to the approval of the Court, that the hearing on NuGEN's Motion to Dismiss is continued from July 5, 2018 to July 12, 2018 at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor before Judge Tigar.

**IT IS SO STIPULATED.**

Dated:  May 29, 2018                    Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

Joint Stipulation and [Proposed] Order Setting the Hearing Date
for Plaintiff/Counterclaim-Defendant's Motion to Dismiss
Case No. 3:18-CV-00525-JST

2

BROWN RUDNICK LLP
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Wayne F. Dennison (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438
wdennison@brownrudnick.com
rlecaroz@brownrudnick.com
jlu@brownrudnick.com

*Attorneys for Plaintiff*
*NuGEN Technologies, Inc.*


**FOLEY & LARDNER LLP**

By: /s/ *Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109

kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 474.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Larder LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: efreel@foley.com

Liane M. Peterson (*pro hac vice*)
lpeterson@foley.com
Bradley D. Roush (*pro hac vice*)
broush@foley.com
**Foley & Lardner LLP**
3000 K Street, NW

Joint Stipulation and [Proposed] Order Setting the Hearing Date
for Plaintiff/Counterclaim-Defendant's Motion to Dismiss
Case No. 3:18-CV-00525-JST

3

Washington, DC 20007
Telephone: 202.672.5300
Facsimile: 202.672.5399

*Attorneys for Defendant Keygene N.V.*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Rebecca M. Lecaroz, attest that concurrence in filing this document has been obtained from the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 29, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Joint Stipulation and [Proposed] Order Setting the Hearing Date
for Plaintiff/Counterclaim-Defendant's Motion to Dismiss
Case No. 3:18-CV-00525-JST

4