BROWN RUDNICK LLP
LEO J. PRESIADO, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
WAYNE F. DENNISON (*pro hac vice*)
wdennison@brownrudnick.com
REBECCA M. LECAROZ (*pro hac vice*)
rlecaroz@brownrudnick.com
JESSICA T. LU (*pro hac vice*)
jlu@brownrudnick.com
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438

Attorneys for Plaintiff,
NuGEN Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> vs. <br><br> KEYGENE N.V, <br><br> Defendant. | CASE NO.: 3:18-CV-00525-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NUGEN TECHNOLOGIES, INC. TO SERVE ITS PATENT LOCAL RULES 3-3 AND 3-4 INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT DISCLOSURE** |

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff NuGEN Technologies, Inc. ("NuGEN") and Defendant Keygene N.V. ("Keygene"), through their counsel, submit the following Joint Stipulation and [Proposed] Order extending the time for NuGEN to serve its Patent L.R. 3-3 Invalidity Contentions and accompanying disclosure of documents under Patent L.R. 3-4 until July 13, 2018.

WHEREAS, NuGEN's invalidity contentions are currently due on July 9, 2018; and

WHEREAS, in consideration of the Memorial Day holiday in the United States and the Pentecost Day holiday in the Netherlands, as well as other obligations of Keygene's counsel, NuGEN agreed to a two-week extension of the deadline for Keygene to serve its Patent L.R. 3-1 and 3-2 disclosure of asserted claims, infringement contentions, and accompanying documents without requesting a similar two-week extension of any remaining deadlines under the Patent Local Rules; and

WHEREAS, in consideration of the Independence Day holiday in the United States, as well as other obligations of NuGEN's counsel, the parties have agreed to an extension of the deadline for NuGEN to serve its Patent L.R. 3-3 and 3-4 disclosure of invalidity contentions and accompanying documents until July 13, 2018; and

WHEREAS, this short extension of time will not impact any hearing or proceeding on the Court's calendar or have any effect on the schedule for this case;

NOW, THEREFORE, in consideration of the foregoing, NuGEN and Keygene stipulate, subject to the approval of the Court, that NuGEN may have until Friday, July 13, 2018 to serve upon Keygene its Patent L.R. 3-3 Invalidity Contentions and accompanying disclosure of documents under Patent L.R. 3-4.

**IT IS SO STIPULATED.**

Dated: July 9, 2018

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ *Leo J. Presiado*
Leo J. Presiado, #166721

BROWN RUDNICK LLP
Leo J. Presiado, #166721
lpresiado@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Wayne F. Dennison (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 289-0438
wdennison@brownrudnick.com
rlecaroz@brownrudnick.com
jlu@brownrudnick.com

*Attorneys for Plaintiff*
*NuGEN Technologies, Inc.*


**FOLEY & LARDNER LLP**

By: /s/ *Kimberly K. Dodd*
Kimberly K. Dodd, CA Bar No. 235109

kdodd@foley.com
**Foley & Lardner LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 474.297.4900

Eva K. Freel, CA Bar No. 318287
**Foley & Larder LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: efreel@foley.com

Joint Stipulation and [Proposed] Order Extending Time
Case No. 3:18-CV-00525-JST

Liane M. Peterson (*pro hac vice*)
lpeterson@foley.com
Bradley D. Roush (*pro hac vice*)
broush@foley.com
**Foley & Lardner LLP**
3000 K Street, NW
Washington, DC 20007
Telephone: 202.672.5300
Facsimile: 202.672.5399

*Attorneys for Defendant Keygene N.V.*

# FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Rebecca M. Lecaroz, attest that concurrence in filing this document has been obtained from the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 9, 2018

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE