1 | Kimberly K. Dodd, CA Bar No. 235109
kdodd@foley.com
2 | **FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE
3 | MILWAUKEE, WI 53202-5306
TELEPHONE: 414.271.2400
4 | FACSIMILE: 414.297.4900

5 | Eva K. Freel, CA Bar No. 318287
efreel@foley.com
6 | **FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, STE 3500
7 | LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
8 | FACSIMILE: 213.486.0065

9 | Attorneys for Defendant KEYGENE N.V.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUGEN TECHNOLOGIES, INC., | Case No. 3:18-CV-00525-JST |
| Plaintiff, | **JOINT STIPULATION [AND ~~PROPOSED ORDER~~] OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| KEYGENE N.V., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff NuGEN Technologies, Inc. and Defendant Keygene N.V., hereby jointly stipulate to a dismissal of this action with prejudice, with each party bearing its own fees and costs, and waiving all rights of appeal.

DATED: July 26, 2018             Respectfully submitted,

| **BROWN RUDNICK LLP** | **FOLEY & LARDNER LLP** |
|---|---|
| By: /s/ *Leo J. Presiado* <br> Leo J. Presiado, #166721 <br><br> BROWN RUDNICK LLP <br> Leo J. Presiado, #166721 <br> lpresiado@brownrudnick.com <br> 2211 Michelson Drive <br> Seventh Floor <br> Irvine, CA 92612 <br> Telephone: 949.752.7100 <br> Facsimile: 949.252.1514 <br><br> Wayne F. Dennison (*pro hac vice*) <br> Rebecca M. Lecaroz (*pro hac vice*) <br> Jessica T. Lu (*pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> Telephone:  (617) 856-8200 <br> Facsimile:   (617) 289-0438 <br> wdennison@brownrudnick.com <br> rlecaroz@brownrudnick.com <br> jlu@brownrudnick.com <br><br> *Attorneys for Plaintiff NuGEN Technologies, Inc.* | By:  /s/ *Kimberly K. Dodd* <br> Kimberly K. Dodd, CA Bar No. 235109 <br> kdodd@foley.com <br> **Foley & Lardner LLP** <br> 777 East Wisconsin Avenue <br> Milwaukee, WI 53202-5306 <br> Telephone:  414.271.2400 <br> Facsimile:  414.297.4900 <br><br> Eva K. Freel, CA Bar No. 318287 <br> **Foley & Lardner LLP** <br> 555 South Flower Street, Suite 3500 <br> Los Angeles, CA 90071-2411 <br> Telephone: 213.972.4500 <br> Facsimile: 213.486.0065 <br> E-mail: efreel@foley.com <br><br> Liane M. Peterson (*pro hac vice*) <br> lpeterson@foley.com <br> Bradley D. Roush, Esq. (*pro hac vice*) <br> broush@foley.com <br> **Foley & Lardner LLP** <br> 3000 K Street, NW <br> Washington, DC 20007 <br> Telephone: 202.672.5300 <br> Facsimile: 202672.5399 <br><br> *Attorneys for Defendant Keygene N.V.* |

### **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Kimberly K. Dodd, attest that concurrence in the filing of this Joint Stipulation of Dismissal With Prejudice has been obtained from the counsel for Plaintiff NuGEN Technologies, Inc.  I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed this 26th day of July, 2018.

| | |
|---|---|
| 1 | |
| 2 | /s/ *Kimberly K. Dodd* |
| 3 | Kimberly K. Dodd |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Date: July 27, 2018

   _____
   HONORABLE JON S. TIGAR
   UNITED STATES DISTRICT JUDGE